# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO.: 18-00065-KD-N |
| ) | |
| REGINALD SHANNON IRBY ) | |
|     Defendant ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 21) and without any objection having been filed by the parties, Defendant **REGINALD SHANNON IRBY'S** plea of guilty to Count One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **Friday, August 10, 2018 at 2:30 p.m.,** under separate order.

**DONE** and **ORDERED** this **7th** day of **June 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**